U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 0 2005

ROBERT H. SHEMWELL, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOYCE F. VARNELL | CIVIL ACTION NO. 04-0539 |
| versus | JUDGE HICKS |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **AFFIRMED,** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this ___ day of June, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE